UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>v.<br><br>**(1) RUBBER RIOS GUERRA,**<br>*Defendant* | §<br>§<br>§<br>§  No. 1:23-CR-00075-RP<br>§<br>§<br>§<br>§ |

# ORDER

Before the Court is Defendant Rubber Rios Guerra's Motion to Revoke Detention Order, Dkt. 58. To the extent Defendant seeks reconsideration from the undersigned's order (entered at Dkt. 56) on Defendant's motion for bond, the undersigned denies the requested relief. Defendant's motion rehashes the evidence and proffers from the hearing on his motion for bond, all of which the undersigned considered when ruling on the previous motion.

For these reasons, and for those stated in the order denying Defendant's motion for bond, the undersigned **DENIES** Defendant's Motion to Revoke Detention Order.

SIGNED October 2, 2023.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE

1